THE PEOPLE OF THE STATE OF NEW YORK ex rel. 347 WEST THIRTY-SIXTH STREET CORPORATION, Appellant, *v.* HENRY M. GOLDFOGLE et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Argued November 17, 1930; decided December 2, 1930.)

*I. Maurice Wormser, Max Leff* and *David Drechsler* for appellant.

*Arthur J. W. Hilly,* Corporation Counsel (*William H. King* and *Isaac Phillips* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.